## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Hastings | CHAPTER 13 |
| Debtor(s) | |
| Toyota Lease Trust | |
| Movant | |
| vs. | NO. 18-11750 elf |
| Karen Hastings | |
| Debtor(s) | |
| James Joseph Lacey | |
| Co- Debtor | 11 U.S.C. Section 362 and 1301 |
| William C. Miller Esq. | |
| Trustee | |

### ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed iMovant

Toyota Lease Trust, and after notice and hearing, it is hereby,

ORDERED, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if

applicable) is hereby MODIFIED as to Movant to permit said creditor, its successors and/or

assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA RAV4,

VIN: JTMJFREV1HJ140978  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  8/14/18

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**