United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen Hastings  
     Debtor

Case No. 18-11750-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 14, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.  
db            +Karen Hastings,    3926 Stratford Road,    Drexel Hill, PA 19026-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:  
          ALEXANDRA T. GARCIA    on behalf of Creditor    LSF10 Master Participation Trust  
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
          ANN E. SWARTZ    on behalf of Creditor    LSF10 Master Participation Trust ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
          KENNETH E. WEST    on behalf of Debtor Karen  Hastings dwabkty@aol.com, G6211@notify.cincompass.com  
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Karen Hastings | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 18-11750 elf |
| Karen Hastings | Debtor(s) | |
| James Joseph Lacey | Co- Debtor | 11 U.S.C. Section 362 and 1301 |
| William C. Miller Esq. | Trustee | |

### ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed iMovant Toyota Lease Trust, and after notice and hearing, it is hereby,

ORDERED, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is hereby MODIFIED as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA RAV4, VIN: JTMJFREV1HJ140978  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  8/14/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**