UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Karen Hastings | : | |
| Debtor(s) | : | NO. 18-11750 ELF |

## CERTIFICATE OF SERVICE
## PLAN TO SECURED & PRIORITY CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on August 31, 2018, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery).

Dated: August 31, 2018          */s/ Kenneth E. West*1111111111111111111111
                                KENNETH E. WEST, ESQUIRE
                                Douglass, West & Associates
                                830 Lansdowne Avenue
                                Drexel Hill, PA  19026
                                Phone No.:    610-446-9000
                                Fax No.:       610-449-5380
                                Counsel for Debtor(s)