**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **KAREN HASTINGS,** | **Chapter 13** |
| | **Debtor** | **Bky. No.  18=11750 ELF** |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A.      a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B.      the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C.      any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid; and

D.      the Debtor has agreed to strike from the plan the following provision in Part 9:

*the fifth unnumbered paragraph in Part 9 (beginning with the phrase, "In the event  . . . .").*

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 16, 2018

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**