United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11750-elf
Karen Hastings                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 17, 2018
                             Form ID: pdf900          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Karen Hastings,   3926 Stratford Road,   Drexel Hill, PA 19026-2723
14073970       American Express,   PO Box 981531,   El Paso, TX 79998-1531
14100090       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
14073971       Bank of America,   PO Box 15028,   Wilmington, DE 19850-5028
14111907      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14073972       Caliber Home Loans,   PO Box 24610,   Oklahoma City, OK 73124-0610
14073975       Chase Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
14073976       Crozer Keystone Health System,   PO Box 9800,   Coral Springs, FL 33075-0800
14073978       HSBC Bank Nevada,   1111 N Town Center Dr,   Las Vegas, NV 89144-6364
14073980       McCabe, Weisberg & Conway, LLC,   123 S Broad St Ste 1400,   Philadelphia, PA 19109-1060
14073983       Seterus, Inc.,   Attn: Bankruptcy Department,   PO Box 1047,   Hartford, CT 06143-1047
14073986       Toyota Financial Services,   PO Box 4102,   Carol Stream, IL 60197-4102
14089719      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
14108501      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
14073987       Upper Darby Township,   100 Garrett Rd,   Upper Darby, PA 19082-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:46:57     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:19
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:49     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:56     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14073973       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:53:30     Capital One,
               General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
14073974      +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 02:46:46     Cavalry Portfolio Services, LLC,
               500 Summit Lake Dr Ste 400,   Valhalla, NY 10595-2322
14076180      +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 02:46:46     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14073977       E-mail/Text: bknotice@ercbpo.com Oct 18 2018 02:46:38     Enhanced Recovery Corporation,
               PO Box 57547,   Jacksonville, FL 32241-7547
14073979       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:53:56     JC Penney - Synchrony,
               Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
14073981       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 02:54:12     Old Navy,   PO Box 965005,
               Orlando, FL 32896-5005
14102142       E-mail/Text: blegal@phfa.org Oct 18 2018 02:46:37     PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
14073982       E-mail/Text: blegal@phfa.org Oct 18 2018 02:46:36     PHFA-HEMAP,   2101 N Front St,
               Harrisburg, PA 17110-1086
14096710       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:32
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14075029      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:32
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14073985       E-mail/Text: appebnmailbox@sprint.com Oct 18 2018 02:46:33     Sprint Nextel Correspondence,
               Att. Bankruptcy Dept.,   PO Box 7949,   Overland Park, KS 66207-0949
14073984       E-mail/Text: clientservices@simonsagency.com Oct 18 2018 02:47:16     Simon's Agency, Inc.,
               4963 Wintersweet Dr,   Liverpool, NY 13088-2176
                                                                                        TOTAL: 16
```


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett          Page 2 of 2              Date Rcvd: Oct 17, 2018
                             Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor    LSF10 Master Participation Trust
          ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    LSF10 Master Participation Trust ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         KENNETH E. WEST    on behalf of Debtor Karen  Hastings dwabkty@aol.com,
          G6211@notify.cincompass.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         RAYMOND M. KEMPINSKI    on behalf of Creditor    LSF10 Master Participation Trust
          ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:          **KAREN HASTINGS,**                    **Chapter 13**

                        **Debtor**                     **Bky. No.  18=11750 ELF**

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A.      a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B.      the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C.      any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid; and

D.      the Debtor has agreed to strike from the plan the following provision in Part 9: *the fifth unnumbered paragraph in Part 9 (beginning with the phrase, "In the event* . . . *.").*

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 16, 2018          _____

                                **ERIC L. FRANK**
                                **U.S. BANKRUPTCY JUDGE**