**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| **KAREN HASTINGS** | : | **BK. No. 18-11750-elf** |
| Debtor | : | |
| | : | **Chapter No. 13** |
| **LSF10 MASTER PARTICIPATION TRUST** | : | |
| Movant | : | |
| v. | : | |
| **KAREN HASTINGS** | : | |
| Respondent | : | **11 U.S.C. §362** |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 3rd day of September, 2019, at **PHILADELPHIA**, upon Motion of **LSF10 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3926 STRATFORD ROAD, DREXEL HILL, PA 19026 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**