United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11750-elf
Karen Hastings                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore          Page 1 of 1            Date Rcvd: Sep 03, 2019
                               Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db             +Karen Hastings,    3926 Stratford Road,    Drexel Hill, PA 19026-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 04 2019 03:24:31     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2019 03:24:11
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2019 03:24:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:25:11     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA   on behalf of Creditor   LSF10 Master Participation Trust
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ   on behalf of Creditor   LSF10 Master Participation Trust ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              KENNETH E. WEST   on behalf of Debtor Karen  Hastings dwabkty@aol.com,
               G6211@notify.cincompass.com
              KEVIN G. MCDONALD   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI   on behalf of Creditor   LSF10 Master Participation Trust
               raykemp1006@gmail.com,   raykemp1006@gmail.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   LSF10 Master Participation Trust paeb@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 8

IN RE:                                                    :
**KAREN HASTINGS**                                        :        **BK. No. 18-11750-elf**
                                      **Debtor**          :
                                                          :        **Chapter No. 13**
**LSF10 MASTER PARTICIPATION TRUST**                      :
                                      **Movant**          :
              v.                                          :
**KAREN HASTINGS**                                        :
                                      **Respondent**      :        **11 U.S.C. §362**

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 3rd day of September , 2019, at **PHILADELPHIA**, upon Motion of **LSF10 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3926 STRATFORD ROAD, DREXEL HILL, PA 19026 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

   **Order entered by default.**


_____
   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**