United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-11750-elf
Karen Hastings                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 2           Date Rcvd: Nov 19, 2019
                             Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
```
db             +Karen Hastings,    3926 Stratford Road,    Drexel Hill, PA 19026-2723
14073970        American Express,    PO Box 981531,    El Paso, TX 79998-1531
14100090        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14073971        Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
14111907       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14073972        Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
14073975        Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
14073976        Crozer Keystone Health System,    PO Box 9800,    Coral Springs, FL 33075-0800
14073978        HSBC Bank Nevada,    1111 N Town Center Dr,    Las Vegas, NV 89144-6364
14340531        LSF10 MASTER PARTICIPATION TRUST,    c/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14340757        LSF10 Master Participation Trust,    c/o Thomas Song, Esquire,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, Pa  19103
14073980        McCabe, Weisberg & Conway, LLC,    123 S Broad St Ste 1400,    Philadelphia, PA 19109-1060
14073983       ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Seterus, Inc.,    Attn: Bankruptcy Department,    PO Box 1047,
                 Hartford, CT 06143-1047)
14073986        Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14089719       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14108501       +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14073987        Upper Darby Township,    100 Garrett Rd,    Upper Darby, PA 19082-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 20 2019 04:04:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 04:04:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 20 2019 04:04:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:02:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14073973        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 04:01:18       Capital One,
                 General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
14073974       +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 04:04:28      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2322
14076180       +E-mail/Text: bankruptcy@cavps.com Nov 20 2019 04:04:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14073977        E-mail/Text: bknotice@ercbpo.com Nov 20 2019 04:04:21      Enhanced Recovery Corporation,
                 PO Box 57547,    Jacksonville, FL 32241-7547
14073979        E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:00:30      JC Penney - Synchrony,
                 Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
14073981        E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 04:02:05      Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
14102142        E-mail/Text: blegal@phfa.org Nov 20 2019 04:04:19      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14073982        E-mail/Text: blegal@phfa.org Nov 20 2019 04:04:19      PHFA-HEMAP,    2101 N Front St,
                 Harrisburg, PA 17110-1086
14096710        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 04:02:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14075029       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 04:02:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14073985        E-mail/Text: appebnmailbox@sprint.com Nov 20 2019 04:04:16      Sprint Nextel Correspondence,
                 Att. Bankruptcy Dept.,    PO Box 7949,    Overland Park, KS 66207-0949
14073984        E-mail/Text: clientservices@simonsagency.com Nov 20 2019 04:04:57      Simon's Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
                                                                                                TOTAL: 16
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Nov 19, 2019
                              Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LSF10 Master Participation Trust
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    LSF10 Master Participation Trust ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              KENNETH E. WEST    on behalf of Debtor Karen  Hastings dwabkty@aol.com,
               G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    LSF10 Master Participation Trust
               raykemp1006@gmail.com,   raykemp1006@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KAREN HASTINGS

Chapter 13

Debtor

Bankruptcy No. 18-11750-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 19, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
KAREN HASTINGS

3926 STRATFORD ROAD

DREXEL HILL, PA 19026